S. A. NATHAN AND HATTIE MAE NATHAN v. W. G. FIELDS AND
C. C. EDWARDS.

(Filed 20 April, 1932.)

**Appeal and Error J d—Where Court is evenly divided judgment will be
affirmed.**

Where on appeal the Supreme Court is evenly divided in opinion, one
Justice not sitting, the judgment will be affirmed.

CIVIL ACTION, before *Daniels, J.,* at December Term, 1931, of ORANGE.

The plaintiffs recovered judgment against the defendants and there-
after in apt time the defendants made a motion to set aside the judg-
ment upon the ground of excusable neglect.

The trial judge found the facts which are set out in the record, and
upon such facts vacated the judgment, and the plaintiffs appealed.

*Henry A. Whitfield for plaintiffs.*
*Brawley & Gantt for defendants.*

PER CURIAM. *Stacy, C. J.,* took no part in the decision of this case,
and the Court being evenly divided in opinion, the judgment is
Affirmed.